**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Weltha J. Jones-Rankins,<br><br>            Plaintiff,<br><br>v.<br><br>Cardinal Health, Inc., et al.,<br><br>           Defendants. | No. CV-12-02360-PHX-DGC<br><br>**ORDER** |

The Ninth Circuit has asked for this Court's determination of whether Plaintiff's *in forma pauperis* ("IFP") status should continue on appeal or whether her appeal is frivolous or taken in bad faith. *See* Doc. 34; 28 U.S.C. § 1915(a)(3); *see also Hooker v. American Airlines*, 302 F.3d 1091, 1092 (9th Cir. 2002) (revocation of IFP status is appropriate where district court finds the appeal to be frivolous).

Under 28 U.S.C. § 1915(a)(3), an appeal is taken in "good faith" so long as it seeks review of any issue that is not "frivolous." *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962); *Gardner v. Pogue*, 558 F.2d 548, 551 (9th Cir. 1977). An issue is frivolous if it has "no arguable basis in fact or law." *O'Loughlin v. Doe*, 920 F.2d 614, 617 (9th Cir. 1990).

The Court found Plaintiff's claims in this case to be barred by *res judicata*. Docs. 28, 31. For reasons stated in the Court's orders (Docs. 28, 31), the Court views this conclusion as a clearly correct, and finds that Plaintiff's position to the contrary has no arguable basis in fact or law. As a result, the Court concludes that Plaintiff's appeal is frivolous and that her IFP's status should not continue for purposes of appeal.

**IT IS ORDERED** that Plaintiff's IFP status is revoked. The Clerk should promptly transmit this order to the Ninth Circuit, noting appellate case number 13-16486.

Dated this 25th day of July, 2013.

David G. Campbell
United States District Judge